**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000176**
**08-OCT-2025**
**08:05 AM**
**Dkt. 102 ODMR**

NO. CAAP-23-0000176

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR
MORTGAGE LOAN TRUST 2006-3F, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-3F, Plaintiff-Appellee, v.
JEFFERSON HALONA YOUNG; LINDA D. YOUNG; BANK OF AMERICA,
N.A.; DEPARTMENT OF TAXATION - STATE OF HAWAII; PALEHUA
COMMUNITY ASSOCIATION, Defendants-Appellees,
and
GABI KIM COLLINS, Defendant-Appellant,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS
1-20; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS
1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC161001282)

ORDER
(By: Nakasone, Chief Judge, and Leonard and Hiraoka, JJ.)

Upon review of *Defendant-Appellant Gabi Kim Collins'*
***Motion for Reconsideration*** *of Summary Disposition Order Dated
September 19, 2025 as Dkt. 98*, filed on September 29, 2025, the
papers in support, and the record, the motion presents no point
of law or fact we overlooked or misapprehended. See Rule 40(b),
Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, October 8, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge